UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| Rachel Shannon Cartwright | ) | CASE NO.   A06-61293-REB |
| | ) | |
| DEBTOR(S) | ) | |

OBJECTION TO CONFIRMATION
- - - - - - - - - - - - - - - - - - - - - - - - - - -

COMES NOW James H. Bone, Trustee herein, and objects to Confirmation of the plan for the following reason (s):

1. The plan as proposed will extend beyond 60 months, contrary to 11 U.S.C. Section 1322(d).
2. The debtor's payments under the proposed plan are not current.
3. A co-debtor is missing from Schedule H. (Associated Credit Union)
4. The Trustee objects to the Section 506 treatment of Associated Credit Union.
5. The plan does not provide for Wells Fargo and GMAC (arrears).
6. The Trustee objects to plan paragraph ten (10)(c), it does not provide adequate notice to the affected creditor(s).

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's plan, and to dismiss the case.

Date:   3/29/2006                         / s / _____
                                          George A. Shaw
                                          State Bar No.   638350

James H. Bone
Standing Chapter 13 Trustee
100 Peachtree Street, NW
Suite 1100
Atlanta, Georgia  30303-1901
404-525-2555

| A06-61293-REB | CERTIFICATE OF SERVICE |
|---|---|

This is to certify that I have this day served

Debtor(s):
Rachel Shannon Cartwright
630 Beckenham Walk Drive
Dacula, GA  30019

Attorney:
CLARK & WASHINGTON
3300 NORTHEAST EXPRESSWAY
BUILDING 3, SUITE A
ATLANTA, GA  30341

In the foregoing matter with a copy of the Trustee's Objection to Confirmation by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

Dated:    March 31, 2006

/ s / _____

James H. Bone
Standing Chapter 13 Trustee
100 Peachtree Street, NW
Suite 1100
Atlanta, Georgia  30303-1901
404-525-2555