IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**ENTERED ON DOCKET**
**MAY 1 8 2006**

| | |
|---|---|
| IN THE MATTER OF:<br>Rachel Shannon Cartwright<br>    Debtor(s), | CHAPTER 13<br><br>JUDGE ROBERT E. BRIZENDINE |
| General Motors Acceptance Corporation,<br>    Movant, | CASE NO.: 06-61293 |
| v. | |
| Rachel Shannon Cartwright<br>James H. Bone, (Trustee),<br>    Respondents. | |

## CONSENT ORDER

The above and foregoing matter is pending before this court on the Motion of General Motors Acceptance Corporation ("GMAC") for Relief from the Automatic Stay, with a hearing scheduled for March 22, 2006, and rescheduled to May 2, 2006. The Debtor is indebted to GMAC on a lease agreement relative to the leasing of a 2004 GMC Envoy (the "Vehicle"). It appearing that the parties consent to the relief sought by GMAC, it is

ORDERED that the Debtor has a lease arrearage of $1,436.97 to GMAC and will cure same by paying $900.00 instanter directly to GMAC, 2740 Arthur Street, Roseville, Minnesota 55113; by making the regular payment due on May 17, 2006; and, by paying $138.16 in addition to the regular lease payments, beginning with the June 2006 payment, directly to GMAC, 2740 Arthur Street, Roseville, Minnesota 55113, until the arrearage is cured. It is hereby

FURTHER ORDERED that in the event the Debtor fails to make any payment to the GMAC as it comes due for any reason whatsoever for the life of this case, then, after written of default sent by First Class Mail to the Debtor and counsel for Debtor, and a failure by Debtor to cure the default within ten (10) days of the date of receipt of such notice, GMAC may file a motion and affidavit of default with the Court, with service upon Debtor and counsel for Debtor, and the Court may enter an Order terminating the automatic stay without further notice or hearing. In the event of any

surplus proceeds remaining after disposition of the vehicle, GMAC shall report the same to the Chapter 13 Trustee. It is

FURTHER ORDERED that the plan shall be amended to assume the lease on the Vehicle. It is

FURTHER ORDERED that GMAC is hereby authorized to amend the Proof of Claim to reflect an additional $350.00 for Court costs and attorneys fees. The Trustee is directed to adjust his records and disburse accordingly.

SO ORDERED this the 16th day of May, 2006.

_____
ROBERT E. BRIZENDINE
United States Bankruptcy Judge

CONSENTED TO BY:

_____
Lisa Ritchey Craig
Georgia Bar No: 606755
McCULLOUGH & PAYNE
1275 Peachtree Street, NE
Suite 430
Atlanta, Georgia 30309-3565
(404) 873-1386
Attorneys for Movant
GMAC Account No.: 340-9053-66613

_____
Brian Shockley
3300 Northeast Expressway Building 3, Suite A
Atlanta GA 30341
Georgia Bar No.: _____
ATTORNEY FOR DEBTORS

READ AND APPROVED AS TO FORM ONLY:

_____
James H. Bone
CHAPTER 13 TRUSTEE

## DISTRIBUTION LIST

**Counsel for Movant:**
McCullough and Payne
1275 Peachtree St., N.E.
Suite 430
Atlanta, Georgia 30309


**Counsel for Debtor(s):**
E. L. Clark
3300 Northeast Expressway Building 3, Suite A
Atlanta GA 30341


**Trustee:**
James H. Bone
100 Peachtree St.,N.W., Suite 1100
Atlanta GA 30303


**Debtor, Co-Debtor:**
Rachel Shannon Cartwright
630 Beckenham Walk Dr.
Dacula, GA 30019