```
              IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION

IN RE:                              ) BANKRUPTCY CASE
                                    )
RACHEL SHANNON CARTWRIGHT           ) NO. 06-61293
                                    )
         Debtor                     )
                                    )
------------------------------------)---------------------------
                                    )
MORTGAGE ELECTRONIC                 ) JUDGE: ROBERT E. BRIZENDINE
REGISTRATION SYSTEMS, INC., AS      )
NOMINEE FOR TAYLOR, BEAN &          )
WHITAKER MORTGAGE CORPORATION,      )
                                    )
         Movant                     ) CHAPTER 13
                                    )
vs.                                 )
                                    )
RACHEL SHANNON CARTWRIGHT           )
BRIAN L. CARTWRIGHT                 )
JAMES H. BONE, Trustee              )
                                    )
         Respondents                )
```

MOTION FOR RELIEF FROM THE AUTOMATIC STAY
AND THE CO-DEBTOR STAY

COMES NOW Movant and shows this Court the following:

1.

This is a Motion under Section 362(d) of the Bankruptcy Code for relief from the automatic stay and under Section 1301(c) of the Bankruptcy Code for relief from the co-debtor stay for all purposes allowed by law and the contract between the parties, including, but

not limited to, the right to foreclose on certain real property.

2.

Movant is the holder of record of a Security Instrument which describes certain real property in which Debtor claims an interest. Said real property is security for a promissory note, and is commonly known as 630 Beckenham Walk Drive, Dacula, Georgia.

3.

Debtor has defaulted in making payments which have come due since this case was filed. Through the month of May 2006, three (3) payments have been missed.

4.

The unpaid principal balance is $187,904.18, and interest is due thereon in accordance with the Note.

5.

Because of the Debtor's default and clear inability to make all required payments, Movant is not adequately protected and shows that there is cause for relief from the automatic stay. Movant's interest would also be irreparably harmed by the continuation of the co-debtor stay.

6.

Because the Security Instrument so provides, Debtor is

responsible for Movant's reasonable attorney's fees.

WHEREFORE, Movant prays for an Order lifting the automatic stay and the co-debtor stay, authorizing Movant to exercise its rights under the Note, Security Instrument and appropriate state statutes, including, but not limited to, the right to foreclose on its collateral. Movant prays for reasonable attorney's fees and for such other and further relief as is just and equitable.

                                           s/
                                           A. MICHELLE HART, BAR NO. 334291
                                           Attorney for Movant

McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, Georgia 30076-2102
(770) 643-2148
(800) 845-8633

```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                           ATLANTA DIVISION


IN RE:                                  :
                                        :  CASE NO. 06-61293
RACHEL SHANNON CARTWRIGHT               :
                                        :  CHAPTER 13
Debtor                                  :
                                        :  JUDGE: ROBERT E. BRIZENDINE
                                        :
_____     :
                                        :
MORTGAGE ELECTRONIC REGISTRATION        :
SYSTEMS, INC., AS NOMINEE FOR           :
TAYLOR, BEAN & WHITAKER MORTGAGE        :
CORPORATION,                            :
                                        :
                                        :  CONTESTED MATTER
Movant                                  :
                                        :
v.                                      :
                                        :
RACHEL SHANNON CARTWRIGHT               :
BRIAN L. CARTWRIGHT                     :
JAMES H. BONE, Trustee                  :
                                        :
Respondents                             :
```

NOTICE OF HEARING

PLEASE TAKE NOTICE that Taylor, Bean & Whitaker Mortgage Corporation has filed a Motion for Relief from the Automatic Stay and the Co-Debtor Stay and related papers with the Court seeking an Order Granting Motion for Relief from Stay.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion for Relief from the Automatic Stay and the Co-Debtor Stay in Courtroom 1202, 75 Spring Street, Atlanta, Georgia 30303 at 10:30 A.M. on June 20, 2006.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, United States Bankruptcy Court, 75 Spring Street, Suite 1340, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

    If a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

Dated: _____5/26/06_____    s/_____
                                                                         A. Michelle Hart
                                                                         Bar No. 334291
                                                                         Counsel for Movant
                                                                         McCalla Raymer, LLC
                                                                         1544 Old Alabama Road
                                                                         Roswell, Georgia 30076
                                                                         (770) 643-2148

File No. 52145205-2

BANKRUPTCY CASE NO. 06-61293

CHAPTER 13

JUDGE: ROBERT E. BRIZENDINE

CERTIFICATE OF SERVICE

I, A. Michelle Hart of McCalla Raymer, LLC, 1544 Old Alabama Road, Roswell, Georgia 30076-2102, certify:

That on the date below, I served a copy of the within NOTICE OF ASSIGNMENT OF HEARING, together with the "MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND THE CO-DEBTOR STAY" filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, postage prepaid, unless another manner of service is expressly indicated:

Rachel Shannon Cartwright
630 Beckenham Walk Drive
Dacula, GA  30019

Brian L. Cartwright
630 Beckenham Walk Drive
Dacula, GA  30019

E. L. Clark, Esquire
Clark and Washington, P.C.
3300 Northeast Expressway
Building 3, Suite A
Atlanta, GA  30341

James H. Bone, Trustee
100 Peachtree St. NW
Suite 1100 The Equitable Building
Atlanta, GA  30303

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on  5/26/06      By:  s/
             (date)            A. MICHELLE HART, BAR NO. 334291
                               Attorney for Movant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| RACHEL SHANNON CARTWRIGHT | ) NO. 06-61293 |
| | ) |
| Debtor | ) |
| ------------------------------------------- | ) |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR TAYLOR, BEAN & WHITAKER MORTGAGE CORPORATION, | ) CHAPTER 13 |
| Movant | ) |
| vs. | ) JUDGE: ROBERT E. BRIZENDINE |
| RACHEL SHANNON CARTWRIGHT BRIAN L. CARTWRIGHT JAMES H. BONE, Trustee | ) |
| Respondents | ) |

ORDER GRANTING MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY

The above styled Motion having been called before the Court for a hearing on _____, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest, and it appearing that there was no opposition to the Motion and that the parties were properly served;

IT IS HEREBY ORDERED AND ADJUDGED that the 11 USC §362(a) automatic stay and the §1301 Co-Debtor stay are lifted as to Movant herein, its successors and assigns, regarding the real property commonly known as 630 Beckenham Walk Drive, Dacula, Georgia.

FURTHER ORDERED that Movant, its successors and assigns, may proceed to assert its rights, including, but not limited to, the institution and completion of foreclosure proceedings, reasonable fees and to assert any and all of its respective rights and remedies under applicable law, as to its collateral.

FURTHER ORDERED that the Trustee shall cease funding the balance of Movant's pre-petition arrearage claim and supplemental claim, if any.

FURTHER ORDERED that upon the completion of any foreclosure sale, any funds in excess of the payoff due to Movant under its Note and Security Deed shall be paid to the Trustee for the benefit of the Estate.

SO ORDERED this _____ day of _____, 2006.

_____
ROBERT E. BRIZENDINE
UNITED STATES BANKRUPTCY JUDGE

PREPARED AND PRESENTED BY:

_____
A. MICHELLE HART, BAR NO. 334291
Attorney for Movant
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, Georgia 30076-2102
(770) 643-2148
(800) 275-7171

NO OPPOSITION:

_____
James H. Bone, Bar No. 067000
Chapter 13 Trustee

DISTRIBUTION LIST

Bankruptcy Department
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, Georgia 30076-2102

Rachel Shannon Cartwright
630 Beckenham Walk Drive
Dacula, GA  30019

Brian L. Cartwright
630 Beckenham Walk Drive
Dacula, GA  30019

E. L. Clark, Esquire
Clark and Washington, P.C.
3300 Northeast Expressway
Building 3, Suite A
Atlanta, GA  30341

James H. Bone, Trustee
100 Peachtree St. NW
Suite 1100 The Equitable Building
Atlanta, GA  30303