ENTERED ON DOCKET

JUL 7 2006

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| RACHEL SHANNON CARTWRIGHT, | ) | NO. 06-61293 |
| | ) | |
| Debtor | ) | |
| | ) | |
| | ) | CONTESTED MATTER PROCEEDING |
| MORTGAGE ELECTRONIC | ) | |
| REGISTRATION SYSTEM, INC., AS | ) | |
| NOMINEE FOR TAYLOR, BEAN & | ) | |
| WHITAKER MORTGAGE CORPORATION, | ) | CHAPTER 13 |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | JUDGE: ROBERT E. BRIZENDINE |
| | ) | |
| RACHEL SHANNON CARTWRIGHT | ) | |
| BRIAN CARTWRIGHT | ) | |
| JAMES H. BONE, Trustee | ) | |
| | ) | |
| Respondents | ) | |

<u>CONSENT ORDER DENYING MOTION FOR RELIEF FROM STAY AS TO DEBTOR
AND ORDER GRANTING MOTION FOR RELIEF FROM THE CO-DEBTOR STAY</u>

The above styled Motion having been set down for a hearing before the Court on June 20, 2006, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest, and it appearing to the Court that the parties consent hereto;

IT IS HEREBY ORDERED that the Motion for Relief from Stay as to Debtor with respect to 630 Beckenham Walk Drive, Dacula, Georgia is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

FURTHER ORDERED that the post-petition arrearage through June 30, 2006, totals $6,447.76, including four (4) payments of

$1,369.65 each, four (4) late charges of $54.79 each, $150.00 for a filing fee and $600.00 in reasonable attorney's fees.

This arrearage shall be paid as follows:

Debtor is ordered to pay the sum of $2,700.00 on or before June 23, 2006. Beginning July 1, 2006 Debtor shall resume timely remittance of the regular monthly mortgage payments. Beginning July 15, 2006 and continuing on the 15th day of each subsequent month, Debtor shall pay an additional $499.63 per month, for six (6) months or until the arrearage is cured. Payments should be sent to Taylor, Bean & Whitaker Mortgage Corporation, 1417 N. Magnolia Avenue, Ocala, FL  34475 or to such address as may be designated.

FURTHER ORDERED that Movant is authorized to amend its Proof of Claim, or to file a Proof of Claim if applicable, to have its attorney's fees and costs of $750.00 paid by the Chapter 13 Trustee in the normal disbursements.

FURTHER ORDERED that should Debtor default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due according to Movant's Note and Deed for a period of one (1) year from the date of entry of this Order, then upon notice of default sent by first class mail to Debtor and Debtor's attorney, and failure of Debtor to cure such default within ten (10) days from the date of receipt of such notice, Movant may file a motion and affidavit of default with the Court, with service upon Debtor and Debtor's attorney, and the Court may enter an Order lifting the automatic stay, without further notice or hearing.

FURTHER ORDERED that if the stay is lifted, then upon the completion of any foreclosure sale, any funds in excess of the payoff due to Movant shall be paid to the Trustee for the benefit

of the Estate.

FURTHER ORDERED that there having been no appearance by the co-debtor, the motion for relief from the co-debtor stay is granted.

SO ORDERED this 6th day of July, 2006.

ROBERT E. BRIZENDINE
UNITED STATES BANKRUPTCY JUDGE

CONSENTED TO BY:

GA BAR NO. 704617
Alice A. Blanco, Bar No. 062160
Attorney for Movant
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, Georgia 30076-2102
(770) 643-2148
(800) 275-7171

SIGNED BY ALICE A. BLANCO
WITH EXPRESS PERMISSION

Brian Shockley, Bar No. 643752
Attorney for Debtor

NO OPPOSITION:

James H. Bone, Bar No. 067000  638350
Chapter 13 Trustee

DISTRIBUTION LIST

Bankruptcy Department
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, Georgia  30076-2102

Rachel Shannon Cartwright
630 Beckenham Walk Drive
Dacula, GA  30019

Brian Cartwright
630 Beckenham Walk Drive
Dacula, GA

Clark & Washington, P.C.
3300 Northeast Expressway
Building 3, Suite A
Atlanta, GA  30341

James H. Bone, Trustee
100 Peachtree St. NW
Suite 1100 The Equitable Building
Atlanta, GA  30303