UNITED SATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In Re:  Case # A06-61293-REB

Rachel Shannon Cartwright
630 Beckenham Walk Drive
Dacula, GA 30019

SSN#1: XXX-XX-2450

## JOINT INTERIM STATEMENT FOR TRANSFERRED CASE

Case Filed On: 02/06/2006   Plan Confirmed Date: 05/16/2006   Case Transferred on: 07/31/2006

THIS CASE IS TRANSFERRED.
James H. Bone has maintained a detailed record of all receipts, including the source or other identification of each receipt, and of all disbursements. Copies of these detailed records are incorporated by reference in this report.

DIVIDENDS TO UNSECURED CREDITORS.... 100.00 %

RECEIPTS: $2,116.00
Amount paid to the Trustee by or for the Debtor for the benefit of creditors.

DISBURSEMENTS TO CREDITORS:

| | CLAIM AMOUNT | PRIN PAID | INT PAID | PAID DIRECT | TOTAL PAID BY TRUSTEE | PRINCIPAL BALANCE |
|---|---|---|---|---|---|---|
| ASSOCIATED CREDIT UNION | $18,382.28 | $345.00 | $0.00 | $0.00 | $345.00 | $18,037.28 |
| B-Real, LLC | $297.32 | $0.00 | $0.00 | $0.00 | $0.00 | $297.32 |
| CAPITAL ONE BANK | $683.79 | $0.00 | $0.00 | $0.00 | $0.00 | $683.79 |
| FDS BANK / MACY'S | $598.93 | $0.00 | $0.00 | $0.00 | $0.00 | $598.93 |
| GENERAL MOTORS ACCEPTANCE CORP. | $1,268.42 | $0.00 | $0.00 | $0.00 | $0.00 | $1,268.42 |
| TAYLOR BEAN & WHITAKER MTG | $12,207.26 | $0.00 | $0.00 | $0.00 | $0.00 | $12,207.26 |
| WELLS FARGO FINANCIAL GA., INC | $180.00 | $0.00 | $0.00 | $0.00 | $0.00 | $180.00 |
| WELLS FARGO FINANCIAL GA., INC | $209.61 | $0.00 | $0.00 | $0.00 | $0.00 | $209.61 |
| WORLD FIN. NETWORK NAT'L BANK | $184.46 | $0.00 | $0.00 | $0.00 | $0.00 | $184.46 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | DEBTOR REFUND | TOTAL |
|---|---|---|---|---|---|
| Amt Allowed | $30,769.54 | $0.00 | $1,764.50 | $0.00 | $32,534.04 |
| Principal Paid | $345.00 | $0.00 | $0.00 | | $345.00 |
| Interest Paid | $0.00 | $0.00 | $0.00 | | $0.00 |
| Direct Paid | $0.00 | $0.00 | $0.00 | | $0.00 |

COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION

| Filing Expense | Noticing Expense | Trustee Expense |
|---|---|---|
| $0.00 | $0.00 | $110.92 |

OTHER DISBURSEMENTS UNDER ORDER OF THE COURT:

| Debtor's Attorney | Fee Allowed | Fee Paid |
|---|---|---|
| CLARK & WASHINGTON | $2,500.00 | $1,656.91 |

WHEREFORE, James H. Bone, Resigning Trustee, respectfully shows the Court that the estate has been properly administered through the date reflected below in accordance with the requirements of the Bankruptcy Code and Rules, and the estate is ready to be transferred to Adam Goodman, Successor Trustee.

James H. Bone, resigning Trustee, hereby certifies that this report is correct to the best of his knowledge, information, and belief.

Dated: 07/31/2006

/s/
James H. Bone Chapter 13 Trustee

Adam Goodman, successor Trustee, hereby files this report as the accounting for the estate in compliance with FRBP 2012.

Dated: 07/31/2006

/s/
Adam Goodman Chapter 13 Trustee