IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | BANKRUPTCY CASE |
| ) | |
| RACHEL SHANNON CARTWRIGHT, ) | NO. 06-61293 |
| ) | |
| Debtor ) | |
| ) | |
| MORTGAGE ELECTRONIC ) | CONTESTED MATTER PROCEEDING |
| REGISTRATION SYSTEMS, INC., AS ) | |
| NOMINEE FOR TAYLOR, BEAN & ) | |
| WHITAKER MORTGAGE CORPORATION, ) | CHAPTER 13 |
| ) | |
| Movant ) | |
| ) | |
| vs. ) | JUDGE: ROBERT E. BRIZENDINE |
| ) | |
| RACHEL SHANNON CARTWRIGHT ) | |
| ADAM M. GOODMAN, Trustee ) | |
| ) | |
| Respondents ) | |

## MOTION FOR ORDER LIFTING STAY

Pursuant to the Order filed in this contested matter on July 7, 2006, a copy of which is attached, Movant requests the Court to enter an Order lifting the automatic stay to permit Movant to foreclose. A proposed Order is presented with this Motion. As shown in the attached Affidavit in support of this Motion, the Debtor defaulted in making payments required under the Order and failed to cure the default within the time allowed.

Movant so moves this Court this 5th day of October 2006.

Matthew Dyer, Bar No. 236848
Attorney for Movant

McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, Georgia   30076-2102
770-643-7200

ENTERED ON DOCKET

JUL 7 2006

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| RACHEL SHANNON CARTWRIGHT, | ) | NO. 06-61293 |
| | ) | |
| Debtor | ) | |
| | ) | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., AS NOMINEE FOR TAYLOR, BEAN & WHITAKER MORTGAGE CORPORATION, | ) | CONTESTED MATTER PROCEEDING |
| | ) | |
| | ) | CHAPTER 13 |
| Movant | ) | |
| | ) | |
| vs. | ) | JUDGE: ROBERT E. BRIZENDINE |
| | ) | |
| RACHEL SHANNON CARTWRIGHT BRIAN CARTWRIGHT JAMES H. BONE, Trustee | ) | |
| | ) | |
| Respondents | ) | |

## CONSENT ORDER DENYING MOTION FOR RELIEF FROM STAY AS TO DEBTOR AND ORDER GRANTING MOTION FOR RELIEF FROM THE CO-DEBTOR STAY

The above styled Motion having been set down for a hearing before the Court on June 20, 2006, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest, and it appearing to the Court that the parties consent hereto;

IT IS HEREBY ORDERED that the Motion for Relief from Stay as to Debtor with respect to 630 Beckenham Walk Drive, Dacula, Georgia is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

FURTHER ORDERED that the post-petition arrearage through June 30, 2006, totals $6,447.76, including four (4) payments of

$1,369.65 each, four (4) late charges of $54.79 each, $150.00 for a filing fee and $600.00 in reasonable attorney's fees.

This arrearage shall be paid as follows:

Debtor is ordered to pay the sum of $2,700.00 on or before June 23, 2006. Beginning July 1, 2006 Debtor shall resume timely remittance of the regular monthly mortgage payments. Beginning July 15, 2006 and continuing on the 15th day of each subsequent month, Debtor shall pay an additional $499.63 per month, for six (6) months or until the arrearage is cured. Payments should be sent to Taylor, Bean & Whitaker Mortgage Corporation, 1417 N. Magnolia Avenue, Ocala, FL 34475 or to such address as may be designated.

FURTHER ORDERED that Movant is authorized to amend its Proof of Claim, or to file a Proof of Claim if applicable, to have its attorney's fees and costs of $750.00 paid by the Chapter 13 Trustee in the normal disbursements.

FURTHER ORDERED that should Debtor default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due according to Movant's Note and Deed for a period of one (1) year from the date of entry of this Order, then upon notice of default sent by first class mail to Debtor and Debtor's attorney, and failure of Debtor to cure such default within ten (10) days from the date of receipt of such notice, Movant may file a motion and affidavit of default with the Court, with service upon Debtor and Debtor's attorney, and the Court may enter an Order lifting the automatic stay, without further notice or hearing.

FURTHER ORDERED that if the stay is lifted, then upon the completion of any foreclosure sale, any funds in excess of the payoff due to Movant shall be paid to the Trustee for the benefit

of the Estate.

FURTHER ORDERED that there having been no appearance by the co-debtor, the motion for relief from the co-debtor stay is granted.

SO ORDERED this 6th day of July, 2006.

ROBERT E. BRIZENDINE
UNITED STATES BANKRUPTCY JUDGE

CONSENTED TO BY:

GA BAR NO. 70460

Alice A. Blanco, Bar No. 062160
Attorney for Movant
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, Georgia  30076-2102
(770) 643-2148
(800) 275-7171

Brian Shockley, Bar No. 643752
Attorney for Debtor

SIGNED BY ALICE A. BLANCO
WITH EXPRESS PERMISSION

NO OPPOSITION:

James H. Bone, Bar No. 638350
Chapter 13 Trustee

DISTRIBUTION LIST

Bankruptcy Department
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, Georgia  30076-2102

Rachel Shannon Cartwright
630 Beckenham Walk Drive
Dacula, GA  30019

Brian Cartwright
630 Beckenham Walk Drive
Dacula, GA

Clark & Washington, P.C.
3300 Northeast Expressway
Building 3, Suite A
Atlanta, GA  30341

James H. Bone, Trustee
100 Peachtree St. NW
Suite 1100 The Equitable Building
Atlanta, GA  30303

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | BANKRUPTCY CASE |
| ) | |
| RACHEL SHANNON CARTWRIGHT, ) | NO. 06-61293 |
| ) | |
| Debtor ) | |
| ) | |
| MORTGAGE ELECTRONIC ) | |
| REGISTRATION SYSTEMS, INC., AS ) | CONTESTED MATTER PROCEEDING |
| NOMINEE FOR TAYLOR, BEAN & ) | |
| WHITAKER MORTGAGE CORPORATION, ) | CHAPTER 13 |
| ) | |
| Movant ) | |
| ) | |
| vs. ) | JUDGE: ROBERT E. BRIZENDINE |
| ) | |
| RACHEL SHANNON CARTWRIGHT ) | |
| ADAM M. GOODMAN, Trustee ) | |
| ) | |
| Respondents ) | |

## AFFIDAVIT

Personally before the undersigned officer duly authorized to administer oaths under the laws of the State of FL appeared Deonarine Singh who, being first sworn, deposes and states as follows:

1.

I am of legal age, under no legal disability, and am competent to testify in this matter as to the facts stated herein. I have personal knowledge of the facts stated herein as they relate to compliance with this Court's Order filed July 7, 2006.

2.

Since the entry of said Order, the Debtor has failed to make payments required under said Order as follows:

The Debtor has failed to remit the regular monthly mortgage payments in the amount of $1,369.65 each, for the months of July 2006 through September 2006, additional arrearage cure payments of $499.63 each, for the months of July 2006 through August 2006, and late charges of $54.79 each, for the months of July 2006 through August 2006. The total amount necessary to cure is $5,217.79.

3.

Pursuant to the Order, the Debtor was notified of the default as follows: By letter to Debtor's Attorney and a copy to the Debtor August 17, 2006, (copy attached hereto).

4.

The default was not cured within the time permitted under the Order.

5.

With the Debtor having defaulted and failed to cure the default within the time allowed, Affiant submits that Movant is entitled to an Order lifting the automatic stay.

_____
Bankruptcy Specialist for Movant

Sworn to and subscribed
before me this 12th. day
of September, 2006.

_Rebecca Hodgman_
Notary Public
My Commission Expires

REBECCA HODGMAN
MY COMMISSION # DD 267836
EXPIRES: January 22, 2008
1-800-3-NOTARY    FL Notary Discount Assoc. Co.

LAW OFFICES
McCALLA RAYMER, LLC
1544 OLD ALABAMA ROAD
ROSWELL, GA 30076
TELEPHONE: 770-643-2148
TELEFAX: 770-643-4176
770-643-2148

August 17, 2006

E. L. Clark, Esquire
3300 Northeast Expressway
Building 3, Suite A
Atlanta, GA  30341

Re:   Debtor              : Rachel Shannon Cartwright
      Loan No.            : 572152
      Bankruptcy Case No. : 06-61293
      Creditor            : Taylor, Bean & Whitaker Mortgage Corporation
      Our File No.        : 52145205-2

Dear Mr. Clark:

I am writing to you on behalf of Mortgage Electronic Registration Systems, Inc., as Nominee for Taylor, Bean & Whitaker Mortgage Corporation to advise you that the above referenced Debtor has defaulted on payments pursuant to the Order entered July 7, 2006.

The Debtor has failed to remit the regular monthly mortgage payments of $1,369.65 each, for the months of July, 2006 through August, 2006, additional arrearage cure payments of $499.63 each, for the months of July, 2006 through August, 2006, and late charges of $54.79 each, for the months of July, 2006 through August, 2006. The total amount necessary to cure the default is $3,848.14. Payment should be sent directly to Taylor, Bean & Whitaker Mortgage Corporation 1417 N. Magnolia Avenue Ocala, FL  34475. **Payment in less than the full amount will not be accepted**. For direct answers to questions regarding this notice, the debtor's attorney should contact 1-800-275-7171 ext: 7308.

If this default is not cured within ten (10) days after the date of receipt of this notice, the Court may enter an Order granting relief for which the Order provides, and additional attorney fees will be incurred.

Sincerely,

John Schlotter

JDS /jxh
cc:   Rachel Shannon Cartwright  630 Beckenham Walk Drive  Dacula, GA 30019
      Adam Goodman, Trustee
      Taylor, Bean & Whitaker Mortgage Corporation (via fax)

Please be advised that this law firm may be acting as a debt collector attempting to collect a debt.
Any information obtained will be used for that purpose.

CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for all other parties (or the parties themselves if not represented by counsel) in the foregoing matter with a copy of this pleading by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon addressed as follows:

Rachel Shannon Cartwright
630 Beckenham Walk Drive
Dacula, GA  30019

E. L. Clark, Esquire
3300 Northeast Expressway
Building 3, Suite A
Atlanta, GA  30341

Adam M. Goodman, Trustee
260 Peachtree Street, N.W.
Suite 200
Atlanta, GA  30303

This 5th day of October, 2006.

_____
Matthew Dyer, Bar No. 236848
Attorney for Movant

McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, Georgia  30076-2102
770-643-7200