IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**ENTERED ON DOCKET**
**OCT 12 2006**

| | |
|---|---|
| IN RE: | BANKRUPTCY CASE |
| RACHEL SHANNON CARTWRIGHT, | NO. 06-61293 |
| Debtor | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR TAYLOR, BEAN & WHITAKER MORTGAGE CORPORATION, | CONTESTED MATTER PROCEEDING CHAPTER 13 |
| Movant | |
| vs. | JUDGE: ROBERT E. BRIZENDINE |
| RACHEL SHANNON CARTWRIGHT ADAM M. GOODMAN, Trustee | |
| Respondents | |

<u>ORDER GRANTING MOTION FOR ORDER LIFTING STAY</u>

By Order filed July 7, 2006, the Debtor was ordered to make certain payments to Movant. The Order further provided that if the Debtor failed to make such payments in a timely fashion, then after 10 days' notice, Movant could submit a Motion and Affidavit detailing the default to the Court and request that the automatic stay be lifted. Movant having submitted a Motion for Order Lifting Stay with supporting Affidavit in which the Affiant states that the Debtor failed to make payments provided for in the Order;

IT IS HEREBY ORDERED AND ADJUDGED that the 11 <u>U.S.C.</u> Section 362(a) automatic stay is lifted as to Movant, its successors and assigns, regarding the real property and premises commonly known as 630 Beckenham Walk Drive, Dacula, Georgia.

FURTHER ORDERED that Movant, its successors and assigns, is allowed to proceed to assert its rights, including, but not limited to, the institution and completion of foreclosure proceedings, and to assert any and all of its respective rights and remedies under applicable law, as to its collateral.

FURTHER ORDERED that the Trustee shall cease funding the balance of Movant's pre-petition arrearage claim and supplemental claim, if any.

FURTHER ORDERED that upon the completion of any foreclosure sale, any funds in excess of the payoff due to Movant shall be paid to the Trustee for the benefit of the estate.

SO ORDERED this 11th day of Oct., 2006.

_____
ROBERT E. BRIZENDINE
UNITED STATES BANKRUPTCY JUDGE

ORDER PRESENTED BY:
s/ Matthew Dyer
Matthew Dyer, Bar No. 236848
Attorney for Movant

McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, Georgia  30076-2102
770-643-7200

DISTRIBUTION LIST

Bankruptcy Department
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, Georgia  30076-2102

Rachel Shannon Cartwright
630 Beckenham Walk Drive
Dacula, GA  30019

E. L. Clark, Esquire
3300 Northeast Expressway
Building 3, Suite A
Atlanta, GA  30341

Adam M. Goodman
260 Peachtree Street, N.W.
Suite 200
Atlanta, GA  30303

File No. 52145205-2