IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| RACHEL CARTWRIGHT | ) | CASE NO. A06-61293-REB |
| | ) | |
| DEBTOR | ) | |

## MOTION TO DISMISS

COMES NOW Adam M. Goodman, Trustee in the above styled matter, and respectfully shows the Court as follows:

1. Debtor filed a petition for relief under Chapter 13.

2. Debtor has failed to comply with this Court's Order requiring regular monthly payments to the Trustee. The debtor should have paid $6,700.00. The debtor has paid a total of $2,116.00, causing a delinquency of $4,584.00.

3. Specific grounds of objections to the Motion to Dismiss should be filed by the Debtor within twenty (20) days.

WHEREFORE, your Trustee respectfully requests this case be dismissed.

Dated: December 1, 2006

/s/_____
ADAM M. GOODMAN, CHAPTER 13 TRUSTEE
STATE BAR NO. 300887

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| RACHEL CARTWRIGHT | ) | CASE NO.A06-61293-REB |
| | ) | |
| DEBTOR | ) | |

## NOTICE OF HEARING ON MOTION TO DISMISS CASE

You are hereby notified that you have twenty (20) days from the date of this notice to file written objections to the Chapter 13 Trustee's Motion to Dismiss your case.

All objections shall state the grounds therefore and shall be filed with the Clerk, United States Bankruptcy Court, Atlanta Division, 1340 Russell Federal Building, 75 Spring Street, SW, Atlanta, GA 30303.

A copy should be furnished to the Chapter 13 Trustee:
Adam M. Goodman, Standing Chapter 13 Trustee, 260 Peachtree Street, Suite 200, Atlanta, GA 30303.

If a written objection is timely filed, a hearing will be held 01/9/2007 at 9:30 AM, of Courtroom 1202, Russell Federal Building , 75 Spring Street SW, Atlanta, GA 30303.

IF NO OBJECTION IS TIMELY FILED AS HEREIN DIRECTED, THE COURT MAY ENTER AN ORDER OF DISMISSAL OF THIS CHAPTER 13 CASE.

Dated:  December 1, 2006

/s/_____
ADAM M. GOODMAN, CHAPTER 13 TRUSTEE
STATE BAR NO. 300887

## CERTIFICATE OF SERVICE

Case No:  CASE NO. A06-61293-REB
This is to certify that I have this day served:


Clark & Washington, P.C.
Bldg. 3, Suite A
3300 Northeast Expwy.
Atlanta, GA 30341

Rachel Shannon Cartwright
630 Beckenham Walk Dr.
Dacula, GA 30019


with a copy of the foregoing Motion to Dismiss together with the Notice of Hearing on the Motion to Dismiss Case by depositing in the United States Mail a copy of same in properly addressed envelope with adequate postage thereon today December 1, 2006


/s/_____
ADAM M. GOODMAN
STANDING CHAPTER 13 TRUSTEE
260 PEACHTREE STREET
SUITE 200
ATLANTA, GA 30303