# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | * | CASE NO.: A06-61293-REB |
| | * | |
| RACHEL CARTWRIGHT, | * | |
| | * | CHAPTER: 13 |
| | * | |
| | * | |
| | * | JUDGE: ROBERT E. BRIZENDINE |
| DEBTOR. | * | |

## RESPONSE TO MOTION TO DISMISS

COMES NOW Rachel Cartwright, by and through undersigned counsel, and files this "Response To Motion To Dismiss", showing to this Honorable Court the following:

1.

Debtor needs additional time in which to resolve the Trustee's Motion to Dismiss.

WHEREFORE, Debtor prays:
  (a) That this "Response To Motion To Dismiss" be filed, read, and considered;
  (b) That this Honorable Court grant this "Response To Motion To Dismiss"; and,
  (c) That this Honorable Court grant such other and further relief as it may deem just and proper.

Respectfully submitted,
CLARK & WASHINGTON, PC

By:    s/
Brian M. Shockley
Attorney for the Debtor
GA Bar No. 643752

I certify that I have this date served, Adam Goodman - Chapter 13 Trustee, 260 Peachtree Street, NW, Suite 200, Atlanta, GA 30303, in the foregoing matter with a copy of this pleading by hand depositing in the United States Mail a true copy of same in a properly addressed envelope with adequate postage affixed thereto.

Dated

s/_____
Brian M. Shockley

CLARK & WASHINGTON, PC
3300 Northeast Expressway
Building 3, Suite A
Atlanta, GA 30341
(404) 522-2222

/adl