UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:  Rachel Shannon Cartwright
630 Beckenham Walk Drive
Dacula, GA  30019

IN RE:
A06-61293-REB

## FINAL REPORT AND ACCOUNT

SSN#1: XXX-XX-2450

This Case was
Commenced on 02/06/2006

The Plan was
Confirmed on   05/16/2006

The Case was
Concluded on 1/9/2007

Case Status:  Dismissed After Confirmation

Your Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records are incorporated by reference in this report.

Dividend to Unsecured Creditors . . . 100.00%

Receipts:  Amount paid to the Trustee by or for the Debtor for the benefit of creditors . . . $2,116.00

DISBURSEMENTS TO CREDITORS:

| CREDITOR'S NAME | TYPE | CLAIM AMOUNT | PAID BY TRUSTEE | PAID DIRECT | PLAN BALANCE |
|---|---|---|---|---|---|
| ASSOCIATED CREDIT UNION | S | 18,382.28 | 345.00 | 0.00 | 18,037.28 |
| B-Real, LLC | U | 297.32 | 0.00 | 0.00 | 297.32 |
| CAPITAL ONE BANK | U | 683.79 | 0.00 | 0.00 | 683.79 |
| FDS BANK / MACY'S | U | 598.93 | 0.00 | 0.00 | 598.93 |
| GENERAL MOTORS ACCEPTANCE CORP | O | 1,268.42 | 0.00 | 0.00 | 1,268.42 |
| INTERNAL REVENUE SERVICE | P | 8,933.89 | 0.00 | 0.00 | 0.00 |
| TAYLOR BEAN & WHITAKER MTG | M | 12,957.26 | 0.00 | 12,957.26 | 0.00 |
| WELLS FARGO FINANCIAL GA., INC | S | 180.00 | 0.00 | 0.00 | 180.00 |
| WELLS FARGO FINANCIAL GA., INC | U | 209.61 | 0.00 | 0.00 | 209.61 |
| WORLD FIN. NETWORK NAT'L BANK | U | 184.46 | 0.00 | 0.00 | 184.46 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

|  | SECURED | PRIORITY | GENERAL | DEBTOR REF | TOTAL | TOTAL PAID + DIR PAY |
|---|---|---|---|---|---|---|
| AMT. ALLOW | $31,519.54 | $8,933.89 | $1,764.50 | $0.00 | $42,217.93 |  |
| PRIN. PAID | $345.00 | $0.00 | $0.00 | $0.00 | $345.00 |  |
| INT. PAID | $0.00 | $0.00 | $0.00 |  | $0.00 |  |
| DIRECT PAY | $0.00 | $0.00 | $0.00 |  | $0.00 | $345.00 |

A06-61293-REB    Rachel Shannon Cartwright

OTHER DISBURSEMENTS UNDER ORDER OR COURT:

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| CLARK & WASHINGTON | $2,500.00 | $1,659.95 |

COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION:

| FILING EXPENSE | NOTICING EXPENSE | TRUSTEE EXPENSE | TOTAL |
|---|---|---|---|
| $0.00 | $0.00 | $111.05 | $111.05 |

   WHEREFORE, your Trustee shows this Court that the estate has been properly and fully administered in accordance with the requirements of the Bankruptcy Code and Rules, and the estate is ready for closing, and prays that a Final Decree be entered discharging the Trustee and closing the estate, and granting such other and further relief as the Court may deem just and proper.

/s/
Adam M. Goodman, Trustee
State Bar No. 300887